**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>    Kenneth R Lee<br>    Crystal A Harris Lee<br>            Debtor(s) | Case No. 14-12013 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on <u>03/31/2014</u>.

2) The plan was confirmed on <u>06/17/2014</u>.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on <u>09/30/2014</u>.

4) The trustee filed action to remedy default by the debtor in performance under the plan on <u> NA </u>.

5) The case was dismissed on <u>06/06/2017</u>.

6) Number of months from filing to last payment: <u>38</u>.

7) Number of months case was pending: <u>40</u>.

8) Total value of assets abandoned by court order: <u> NA </u>.

9) Total value of assets exempted: <u> NA </u>.

10) Amount of unsecured claims discharged without payment: <u>$0.00</u>.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $29,446.44 |
| Less amount refunded to debtor | $392.32 |

**NET RECEIPTS:** $29,054.12

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,763.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,115.10 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,878.10

Attorney fees paid and disclosed by debtor: $237.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AARONS SALES & LEASE | Secured | 1,282.92 | NA | 1,282.92 | 1,232.90 | 62.16 |
| Ad Astra Recovery Serv | Unsecured | 735.00 | NA | NA | 0.00 | 0.00 |
| Ad Astra Recovery Serv | Unsecured | 67.00 | NA | NA | 0.00 | 0.00 |
| Ad Astra Recovery Serv | Unsecured | 666.49 | NA | NA | 0.00 | 0.00 |
| advanced healthcare, sc | Unsecured | 31.08 | NA | NA | 0.00 | 0.00 |
| ALLIED COLLECTION | Unsecured | 636.00 | 652.96 | 652.96 | 65.30 | 0.00 |
| American Bankers Ins Comp of FL | Unsecured | 9.88 | NA | NA | 0.00 | 0.00 |
| American Recovery Systems | Unsecured | 1,648.72 | NA | NA | 0.00 | 0.00 |
| American Suzuki | Unsecured | 16,131.58 | NA | NA | 0.00 | 0.00 |
| ARIZONA DEPT OF REVENUE | Priority | 2,000.00 | 365.63 | 166.83 | 166.83 | 0.00 |
| ARIZONA DEPT OF REVENUE | Unsecured | NA | 84.25 | 0.00 | 0.00 | 0.00 |
| ASHLEY FUNDING SERVICES LLC | Unsecured | NA | 36.75 | 36.75 | 3.68 | 0.00 |
| CAINE & WEINER | Unsecured | 167.00 | NA | NA | 0.00 | 0.00 |
| Catalina Gardens | Unsecured | 1,892.00 | NA | NA | 0.00 | 0.00 |
| CCO FINANCIAL | Unsecured | 585.00 | 695.00 | 695.00 | 69.50 | 0.00 |
| Child Support Division | Unsecured | 144.00 | NA | NA | 0.00 | 0.00 |
| Cimarron Place Apartments | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF FINANCE | Unsecured | 1,943.11 | NA | NA | 0.00 | 0.00 |
| City of Milwaukee | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| Clark County Collectio | Unsecured | 118.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | NA | 688.36 | 688.36 | 68.84 | 0.00 |
| Credit Protection Asso | Unsecured | 1,183.00 | NA | NA | 0.00 | 0.00 |
| CTR | Unsecured | 7,807.00 | NA | NA | 0.00 | 0.00 |
| DIRECTV | Unsecured | 616.00 | 616.91 | 616.91 | 61.69 | 0.00 |
| DIVERSIFIED ADJUSTMENT SERVICE | Unsecured | 291.33 | NA | NA | 0.00 | 0.00 |
| Diversified Consulta | Unsecured | 1,262.00 | NA | NA | 0.00 | 0.00 |
| Emerald Ar | Unsecured | 384.00 | NA | NA | 0.00 | 0.00 |
| EOS CCA | Unsecured | 630.00 | NA | NA | 0.00 | 0.00 |
| FALLS COLLECTION SERVICE | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Gen Business Recoverie | Unsecured | 52.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 5,942.32 | 5,764.52 | 5,764.52 | 576.45 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | Priority | 4,500.00 | 2,054.12 | 2,054.12 | 2,054.12 | 0.00 |
| KAHUNA PAYMENT SOLUTIONS | Unsecured | 857.88 | NA | NA | 0.00 | 0.00 |
| Kenneth Eisen & Assoc | Unsecured | 503.00 | NA | NA | 0.00 | 0.00 |
| Lglrecvrys | Unsecured | 740.00 | NA | NA | 0.00 | 0.00 |
| Mhfs | Unsecured | 154.00 | NA | NA | 0.00 | 0.00 |
| MOUNTAINVIEW HOSPITAL | Unsecured | NA | 248.38 | 248.38 | 24.84 | 0.00 |
| NATIONAL SERVICE BUREAU | Unsecured | 354.00 | NA | NA | 0.00 | 0.00 |
| NEVADA POWER COMPANY | Unsecured | 532.00 | 532.53 | 532.53 | 53.25 | 0.00 |
| ogden & company | Unsecured | 659.00 | NA | NA | 0.00 | 0.00 |
| PBS Anesthesia | Unsecured | 151.19 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 709.98 | 554.72 | 554.72 | 55.47 | 0.00 |
| PINNACLE FINANCIAL | Unsecured | 8,890.18 | NA | NA | 0.00 | 0.00 |
| QWEST CORPORATION | Unsecured | 630.61 | 630.61 | 630.61 | 63.06 | 0.00 |
| RADIOLOGY LTD | Unsecured | 638.00 | 1,035.33 | 1,035.33 | 103.53 | 0.00 |
| Rapid Cash | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| Rgs Financial | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| River Collection & Recovery Service | Unsecured | 689.47 | NA | NA | 0.00 | 0.00 |
| RJM ACQUISITIONS | Unsecured | NA | 88.24 | 88.24 | 8.82 | 0.00 |
| SANTANDER CONSUMER USA | Secured | 12,375.00 | 20,038.46 | 20,038.46 | 15,279.34 | 2,401.74 |
| SANTANDER CONSUMER USA | Unsecured | 5,988.00 | NA | NA | 0.00 | 0.00 |
| SEVENTH AVENUE | Unsecured | 23.00 | NA | NA | 0.00 | 0.00 |
| ST WISCONSIN UNEMPLOYMENT | Unsecured | 8,792.00 | 8,792.00 | 8,792.00 | 879.20 | 0.00 |
| STUART ALLAN & ASSOC | Unsecured | 330.00 | NA | NA | 0.00 | 0.00 |
| Thomman Kuruvilla, DPM | Unsecured | 180.05 | NA | NA | 0.00 | 0.00 |
| TIME WARNER CABLE | Unsecured | 604.33 | NA | NA | 0.00 | 0.00 |
| T-MOBILE/T-MOBILE USA INC | Unsecured | 136.04 | 803.46 | 803.46 | 80.35 | 0.00 |
| tuscan ent assoc PC | Unsecured | 45.66 | NA | NA | 0.00 | 0.00 |
| US DEPT OF ED NELNET | Unsecured | 3,699.00 | 6,528.36 | 6,528.36 | 652.84 | 0.00 |
| US DEPT OF EDUCATION/NELNET | Unsecured | 2,640.00 | NA | NA | 0.00 | 0.00 |
| VERIZON | Unsecured | 146.00 | 1,389.90 | 1,389.90 | 138.99 | 0.00 |
| Village of North Riverside | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Wasatch Pool Holdings | Unsecured | 9,577.00 | NA | NA | 0.00 | 0.00 |
| Wells Fargo | Unsecured | 229.00 | NA | NA | 0.00 | 0.00 |
| West Assest Management | Unsecured | 248.38 | NA | NA | 0.00 | 0.00 |
| WISCONSIN ELECTRIC POWER CO | Unsecured | 961.00 | 731.20 | 731.20 | 73.12 | 0.00 |
| wow | Unsecured | 152.69 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $20,038.46 | $15,279.34 | $2,401.74 |
| All Other Secured | $1,282.92 | $1,232.90 | $62.16 |
| **TOTAL SECURED:** | **$21,321.38** | **$16,512.24** | **$2,463.90** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $2,220.95 | $2,220.95 | $0.00 |
| **TOTAL PRIORITY:** | **$2,220.95** | **$2,220.95** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$29,789.23** | **$2,978.93** | **$0.00** |

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $4,878.10 |
| Disbursements to Creditors | $24,176.02 |
| **TOTAL DISBURSEMENTS :** | **$29,054.12** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/02/2017                              By: /s/ Tom Vaughn
                                                        Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**